# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0886
_____

TAREYAN COOKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

February 8, 2019

PER CURIAM.

AFFIRMED.

WETHERELL and MAKAR, JJ., and BRASINGTON, MONICA J.,
ASSOCIATE JUDGE, concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tareyan Cooks, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.